707 A.2d 1138

**Jon W. MORELAND, Respondent,**

**v.**

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Petitioner.**

Supreme Court of Pennsylvania.

April 1, 1998.

Timothy P. Wile, Harrisburg, for petitioner.

## *ORDER*

PER CURIAM:

AND NOW, this 1st day of April, 1998, the Petition for Allowance of Appeal is DENIED in accordance with this Court's decision in *Sullivan v. Commonwealth of Pennsylvania, Department of Transportation, Bureau of Driver Licensing,* 550 Pa. 639, 708 A.2d 481 (1998).